IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE SMITH,<br><br>           Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>           Defendant. | 8:25CV321<br><br>ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

       This case is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff Social Security Disability (SSD) benefits. Filing 1. The Court finds that Plaintiff's Application satisfies the requirements of 28 U.S.C. § 1915(a)(1) and demonstrates that Plaintiff is unable to pay the fees or give security to commence this action. Accordingly,

       IT IS ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, is granted.

       Dated this 30th day of April, 2025.

                                                                                                    BY THE COURT:

                                                                                                    Brian C. Buescher
                                                                                                    United States District Judge