IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>            Defendant. | 8:25CV321<br><br>**ORDER ON DEFENDANT'S MOTION TO STRIKE FILING NOS. 7 AND 8** |

      This case is before the Court on Defendant's Motion to Strike Filing Nos. 7 and 8. Filing 9. The filings in question were identified as the Social Security Administrative Record. However, Defendant represents that the incorrect documents were filed as attachments. The correct Social Security Administrative Record has now been filed at Filings 10–13. Accordingly,

      IT IS ORDERED that Defendant's Motion to Strike Filing Nos. 7 and 8, Filing 9, is granted. The correct Social Security Administrative Record is filed at Filings 10–13.

      Dated this 30th day of June, 2025.

                                                        BY THE COURT:

                                                        Brian C. Buescher
                                                        United States District Judge