IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,[1] Commissioner of Social Security,<br><br>Defendant. | 8:25CV321<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 18. Defendant seeks a 45-day extension, to October 14, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief. Filing 18 at 1. Defendant asserts that additional time is needed to review and respond to issues raised in Plaintiff's Brief and represents that opposing counsel does not oppose the requested extension. Accordingly,

IT IS ORDERED that on Defendant's Unopposed Motion for Extension of Time, Filing 18, is granted. Defendant shall have to and including October 14, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief.

Dated this 22nd day of August, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano is substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1