IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | 8:25CV321<br><br>ORDER LIFTING STAY |

　　　　This case is before the Court on Defendant's Notice of Restoration of Appropriations. Filing 22. Defendant states that the restoration of appropriations on November 13, 2025, means that the Court may consider lifting its stay of this action. If the Court lifts the stay, Defendants request that all current deadlines for the parties be extended for thirty days. Filing 22. Although Defendant does not indicate that Plaintiff's counsel was consulted on lifting the stay or adjustment of the briefing schedule, the lapse in federal appropriations was the only reason that the Court entered the stay in the first place. *See* Filing 21. Thus, lifting the stay and establishing a schedule for remaining briefing is appropriate. Accordingly,

　　　　IT IS ORDERED that on Defendant's request in his Notice of Restoration of Appropriations for lifting of the stay in this case and the extension of remaining briefing deadlines, Filing 22, is granted, as follows:

　　　　1.　　　　The stay in this case, entered on October 14, 2025, Filing 21, is lifted; and

　　　　2.　　　　Defendant shall have thirty days from the date of this order to file his Motion to Affirm Commissioner, and Plaintiff shall have fourteen days thereafter to file a reply brief.

1

2

All other requirements for briefing set out in the General Order No. 2022-13, Filing 4, shall apply.

Dated this 17th day of November, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge